MORRIS LAW GROUP
Rosa Solis-Rainey, Bar No. 7921
Email: rsr@morrislawgroup.com
411 E. Bonneville Ave., Ste 360
Las Vegas, NV 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

LAW OFFICES OF RICHARD M. FOSTER
Richard M. Foster (*Pro Hac Vice*)
Richard@rmflaw.com
Sylvia Sultanyan (*Pro Hac Vice*)
Sylvia@rmflaw.com
5429 Cahuenga Boulevard
North Hollywood, CA 91601

Attorneys for Plaintiffs
Eleven23 Marketing, LLC and
Armen Gharabegian

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELEVEN23 MARKETING, LLC and ARMEN GHARABEGIAN,<br><br>Plaintiffs,<br><br>v.<br><br>CORT BUSINESS SERVICES CORPORATION,<br><br>Defendant. | Lead Case No. 2:15-cv-02454-GMN-PAL<br><br>Member Case No. 2:16-cv-01308-APG-NJK<br><br>**JOINT STIPULATION DISMISSING ALL CLAIMS WITH PREJUDICE** |
| CORT BUSINESS SERVICES CORPORATION,<br><br>Counter-Plaintiff,<br><br>v.<br><br>ELEVEN23 MARKETING, LLC; ARMEN GHARABEGIAN; LOUNGE 22, LLC; and ETHOS DESIGN, LLC,<br><br>Counter-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Eleven23 Marketing, LLC, Eleven23 Marketing, LLC d/b/a Lounge 22 and Ethos Design, and Armen Gharabegian and Defendant CORT Business Services Corporation, hereby file this stipulation of dismissal and DISMISS all claims in the above-captioned actions with prejudice. Each party is to bear its own attorneys' fees and costs.

Jointly Submitted by:

DUANE MORRIS LLP

By: *Alice Snedeker*
Joseph A. Ciucci (*Pro Hac Vice*)
Alice Snedeker (*Pro Hac Vice*)
1075 Peachtree St. NE, Ste. 2000
Atlanta, GA 30309-3929

DUANE MORRIS LLP
Dominica C. Anderson, No. 2988
Daniel B. Heidtke, No. 12975
100 N. City Parkway, Ste. 1560
Las Vegas, Nevada 89106

Attorneys for CORT Business Services Corporation

MORRIS LAW GROUP

By: *Rosa Solis-Rainey*
Rosa Solis-Rainey, No. 7921
411 E. Bonneville Avenue
Las Vegas, Nevada 89101

LAW OFFICES OF
RICHARD M. FOSTER

Richard Foster (*Pro Hac Vice*)
Sylvia Sultanyan (*Pro Hac Vice*)
5429 Cahuenga Boulevard
North Hollywood, CA 91601

Attorneys for Eleven23 Marketing, LLC and Armen Gharabegian

ORDER

IT IS SO ORDERED.

Dated this 24 day of October, 2017

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT